UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF CROSBY MARINE TRANSPORTATION, L.L.C. AND CROSBY TUGS, L.L.C. AS THE OWNERS AND OWNERS PRO HOC VICE OF THE M/V DELTA DUCK AND HER CARGO, ENGINES, TACKLE, GEAR, APPURTENANCES, ETC. IN REM; AND BERTUCCI CONTRACTING COMPANY, L.L.C. AS THE OWNERS AND OWNERS PRO HOC VICE OF THE BARGE BBL 708 AND HER CARGO, ENGINES, TACKLE, GEAR, APPURTENANCES, ETC. IN REM PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | DOCKET NO -17-cv-14023<br><br>SECTION "E" (4) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**FIRST SUPPLEMENTAL AND AMENDING CLAIMS OF ANGELA HUGGINS**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOW INTO COURT, through undersigned counsel comes Angela Huggins, and for the purpose of asserting additional claims against the insurers of Crosby Marine Transportation, LLC, Crosby Tugs, LLC, Bertucci Contacting Company, LLC, the M/V DELTA DUCK, the Barge BBL 708, Chris Carter, Derek Hebert and against GeoVera Insurance Company, BIS Services, LLC, and Crosby Dredging, LLC avers as follows:

I.

Angela Huggins re-alleges and re-avers all of her previous answers, allegations, claims, demands, etc. set forth in her original Answer, Claims, and Third-Party Complaints as if restated herein in extenso.

II.

**AND NOW**, Angela Huggins, asserts additional claims, Cross Claims, and Third-

-1-

Party Claims against:

**1.**

The following provided primary and/or excess umbrella insurance coverage to Crosby Marine, Crosby Tugs and Crosby Dredging, Chris Carter, Derek Hebert, and the M/V DELTA DUCK and the Barge BBL 708 (hereinafter collectively referred to as "Crosby insurers"):

a. Atlantic Specialty Insurance Company, a foreign insurance company authorized to do and doing business in Louisiana;

b. Markel American Insurance Company, a foreign insurance company authorized to do and doing business in Louisiana;

c. State National Insurance Company, a foreign insurance company authorized to do and doing business in Louisiana;

d. Navigators Insurance Company, a foreign insurance company authorized to do and doing business in Louisiana;

e. United States Fire Insurance Company, a foreign insurance company authorized to do and doing business in Louisiana;

f. Mitsui Sumitomo Insurance Company of America, a foreign insurance company authorized to do and doing business in Louisiana;

g. Certain Underwriters at Lloyd's Syndicate 1206 ATL;

h. Certain Underwriters at Lloyd's Syndicate 1897 SKD;

I. Certain Underwriters at Lloyd's Syndicate 1183 TAL;

j.  Certain Underwriters at Lloyd's Syndicate 2007 NVA;

k.  Certain Underwriters at Lloyd's Syndicate0382 HDU;

l.  Certain Underwriters at Lloyd's Syndicate 1274 AUL;

m.  Certain Underwriters at Lloyd's Syndicate 0510 KLN;

n.  4064/01/7-Swiss Re International SE, a foreign insurance company authorized to do and doing business in Louisiana;

o.  Certain Underwriters at Lloyd's Syndicate 1861 ATL;

p.  Certain Underwriters at Lloyd's Syndicate 1967 WRB;

q.  Certain Underwriters at Lloyd's Syndicate 0780 ADV;

r.  Certain Underwriters at Lloyd's Syndicate 1225 AES; and

s.  Certain Underwriters at Lloyd's Syndicate 0033 HIS.

**2.**

The following provided primary and/or excess umbrella insurance coverage to Bertucci and the Barge BBL 708 (hereinafter collectively referred to as "Bertucci insurers"):

a.  Atlantic Specialty Insurance Company, a foreign insurance company authorized to do and doing business in Louisiana;

b.  Markel American Insurance Company, a foreign insurance company authorized to do and doing business in Louisiana;

c.  State National Insurance Company, a foreign insurance company authorized to do and doing business in Louisiana;

d.  Navigators Insurance Company, a foreign insurance company authorized to do and doing business in Louisiana;

e.  United States Fire Insurance Company, a foreign insurance company authorized to do and doing business in Louisiana;

f.  Mitsui Sumitomo Insurance Company of America, a foreign insurance company authorized to do and doing business in Louisiana;

g.  Certain Underwriters at Lloyd's Syndicate 1206 ATL;

h.  Certain Underwriters at Lloyd's Syndicate 1897 SKD;

I.  Certain Underwriters at Lloyd's Syndicate 1183 TAL;

j.  Certain Underwriters at Lloyd's Syndicate 2007 NVA;

k.  Certain Underwriters at Lloyd's Syndicate 0382 HDU;

l.  Certain Underwriters at Lloyd's Syndicate 1274 AUL;

m.  Certain Underwriters at Lloyd's Syndicate 0510 KLN;

n.  Certain Underwriters at Lloyd's Syndicate 1861 ATL;

o.  Certain Underwriters at Lloyd's Syndicate 1967 WRB;

p.  Certain Underwriters at Lloyd's Syndicate 0780 ADV; and

q.  Certain Underwriters at Lloyd's Syndicate 1225 AES.

**3.**

GeoVera Insurance Company is a foreign insurance company authorized to do and doing business in Louisiana.

**4.**

BIS Services, LLC, is a domestic corporation licensed and doing business in the State of Louisiana.

**5.**

Crosby Dredging, LLC, is a domestic corporation licensed and doing business in the State of Louisiana.

**6.**

This court has jurisdiction and venue over the claims asserted herein on the same basis that it has jurisdiction and venue over the original matter filed herein and all claims filed by others.

**7.**

At all times material herein, those identified at "Crosby insurers" had issued insurance policies/coverages to and insured Crosby Marine Transportation, LLC, Crosby Tugs, LLC, the M/V DELTA DUCK, Crosby Dredging, LLC, Chris Carter, Derek Hebert, and the Barge BBL 708 for their conduct that caused, in whole or in part, the incident made the basis of this litigation and, therefore, are solidarily liable with said defendants and all others against whom claims have been and are being asserted.  Said policies were in full force and effect at the time of the events made the basis of this litigation.

**8.**

At all times material herein, those identified as "Bertucci insurers" had issued insurance policies to and insuring Bertucci Contracting Company, LLC, and the Barge

BBL 708 for their conduct that caused, in whole or in part, the incident made the basis of this litigation, and therefore, are solidarily liable with defendants and all others against whom claims have been and are being asserted. Said policies were in full force and effect at the time of the events made the basis of this litigation.

**9.**

At all time material herein, GeoVera Insurance Company issued a policy of insurance to Chad Williams, said policy bearing policy no. GC00011809, for his negligent conduct that caused, in whole or in part, the incident made the basis of this litigation, and therefore, is solidarily liable with Chad Williams and others against whom claims have been and are being asserted. Said policy was in full force and effect at the time of the events made the basis of this litigation.

**10.**

BIS Services, LLC, was awarded a contract by the Army Corps of Engineers on or about March 27, 2017 for the construction of the project known as "West Bank and Vicinity, Hurricane Storm Damage Risk Reduction System Mitigation, Marsh Creation at Yankee Pond and Geo-Crib, Jefferson Parish, Louisiana Solicitation No. W912P8-17-B-002, Contract No. W912P8-17-C-006 (hereinafter BIS-CoE contract).

**11.**

The negligence and breach of contract by BIS Services, LLC, of the terms and provisions and obligations it undertook in the BIS-CoE contract caused, in whole or in part, the accident made the basis of this litigation as well as the severe injuries to

Angela Huggins.

**12.**

In addition to breaching the terms and provisions and obligations it undertook in the BIS-CoE contract, causing severe injuries to Angela Huggins, BIS Services, LLC, was also negligent in fulfilling its duties which caused, in whole or in part, the severe injuries to Angela Huggins.

**13.**

BIS Services, LLC, entered into a subcontract with Crosby Dredging, LLC, under which Crosby Dredging undertook to perform certain obligations required of BIS in the BIS-CoE contract.  Crosby Dredging failed to properly fulfill its obligations causing the severe injuries to Angela Huggins.

**14.**

The negligence and breach of contract by Crosby Dredging, LLC, as well as Crosby Marine Transportation, LLC, Crosby Tugs, LLC, as defined above, of the terms and provisions and obligations it undertook in the BIS-Crosby Dredging subcontract caused, in whole or in part, the accident made the basis of this litigation as well as the severe injuries to Angela Huggins.

**15.**

In violation of all applicable rules, regulations, and permits, as well as common sense, BIS Services, LLC, Crosby Dredging, LLC, and Bertucci Contracting Company, LLC, negligently and grossly negligently failed to comply with their duties, obligations

and contractual duties to assure that the Barge BBL 708, and the M/V DELTA DUCK, had the required lighting on the vessels and in proper positions and working order thereby creating another hazard to navigation and they failed to have competent crews to operate them.

**16.**

BIS Services, LLC, and Crosby Dredging, LLC, in addition Crosby Marine Transportation, LLC, Crosby Tugs, LLC, and Bertucci Contracting, LLC, knowingly, negligently, grossly negligently, and in violation of applicable rules, regulations and permits as well as duties and contractual obligations failed to assure itself that the M/V DELTA DUCK and the Barge BBL 708 were moored by a competent crew in the proper location and fashion so as to avoid creating another hazard to navigation.

**17.**

Angela Huggins has incurred substantial damages as a result of the injuries that she sustained in the accident made the basis of this litigation due to the negligence and gross negligence, as well as the violation of applicable rules, regulations, permits, duties and contractual obligations by all against whom Angela Huggins is making claims in the amount of Two Million Five Hundred Thousand Dollars ($2,500,000.00).

**18.**

Angela Huggins is also entitled to recover punitive damages, in addition to compensatory damages, from all against whom they are making claims as a result of said defendants conduct and pattern of negligence and gross negligence as well as

violations of rules, regulations, permits, duties and contractual obligations or the result of the conduct and pattern of negligence and gross negligence as well as violations of rules, regulations, permits, duties and contractual obligations of their insureds.

**19.**

Angela Huggins is entitled to and prays for a trial by jury on all issues allowed under the general maritime law against all defendants named herein.

**WHEREFORE,** Angela Huggins prays that Crosby Marine Transportation, LLC, Crosby Tugs, LLC, Bertucci Contracting Company, LLC, Chris Carter, Derek Hebert, Chad Williams, as well as those identified as "Crosby insurers", those identified as "Bertucci insurers", GeoVera Insurance Company, BIS Services, LLC, and Crosby Dredging, LLC, prays for judgement against those defendants and in favor of Angela Huggins for all damages to which she is entitled as asserted herein, for punitive damages, in addition to all costs, litigation expenses, expert fees and costs, pre and post judgement interest. Angela Huggins further prays for trial by jury on all issues allowable under the general maritime law in this matter.

Respectfully submitted,
FOLEY, LAMY & JEFFERSON
s/Timothy K. Lamy
TIMOTHY K. LAMY, 17015
228 St. Charles Avenue, Suite 1110
New Orleans, Louisiana 70130
(504) 586-9395
Tlamy@foleylamyjefferson.com
*Attorney for Angela Huggins*

CERTIFICATE

I do hereby certify that I have served a copy of the above foregoing
pleading on all counsel of record by electronic filing, electronic means, hand delivery,
or by faxing, emailing or mailing same by United States Mail, properly addressed
and first0class postage prepaid, on this 16th day of May, 2018

s/Timothy K. Lamy
**Timothy K. Lamy**