UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF CROSBY MARINE TRANSPORTATION, LLC, et al., | CIVIL ACTION |
| Petitioners, | NO. 2:17-cv-14023<br>Consolidated with 2:18-cv-04136 |
| CROSBY MARINE TRANSPORTATION, LLC, et al., | JUDGE BARRY W. ASHE (M) |
| | MAG. KAREN WELLS ROBY (4) |
| Third-Party Plaintiffs, | |
| v. | **Admiralty – Rule 9(h)** |
| TRACKER MARINE, LLC, et al., | Pertains to Both Cases |
| Third-Party Defendants. | |

### THIRD-PARTY DEFENDANTS' OPPOSITION TO MOTION FOR LEAVE TO FILE PROPOSED AMENDED ANSWERS AND COMPLAINT

**MAY IT PLEASE THE COURT:**

Third-Party Defendants, Tracker Marine, LLC, Tracker Marine Group, White River Marine Group, Tracker Marine Retail, LLC, and Kenner Manufacturing Co., Inc. ("Third-Party Defendants"), oppose the Motion for Leave to File Proposed Amended Answers and Complaint (R. Doc. 268, hereinafter referred to as "Motion for Leave") filed jointly by Atlantic Specialty Insurance Company, Markel American Insurance Company, State National Insurance Company, Navigators Insurance Company, United States Fire Insurance Company, Mitsui Sumitomo Insurance Company of America, Swiss Re International SE, and the following Certain Underwriters at Lloyds Syndicates: 1206 ATL, 1897 SKD, 1183 TAL, 2007 NVA, 0382 HDU, 1274 AUL, 0510 KLN, 1861 ATL, 1967 WRB, 0780 ADV, 1225 AES, 0033 HIS (collectively

1

hereinafter referred to as "Underwriters") jointly with Crosby Transportation, LLC, Crosby Tugs, LLC, Bertucci Contracting Company, LLC, Crosby Dredging, LLC, Chris Carter, and Derek Hebert (collectively hereinafter referred to as "Crosby").

The Third-Party Defendants oppose Underwriters' and Crosby's Motion for Leave for the reasons asserted by claimant Angela Huggins in R. Doc. 269 and for the reasons asserted by claimants Kathy Randle and Anna Clark in R. Doc. 270. As such, the Third-Party Defendants adopt the opposition arguments set forth in R. Docs. 269 and 270 as their own, as if set forth *in extenso* herein.

Respectfully submitted,

MURPHY, ROGERS, SLOSS,
    GAMBEL & TOMPKINS

/s/ *Peter B. Sloss*
Peter B. Sloss (#17142)
psloss@mrsnola.com
701 Poydras Street
Suite 400, Hancock Whitney Tower
New Orleans, LA 70139
Phone (504) 523-0400
Fax (504) 523-5574

And

BAKER, STERCHI COWDEN & RICE, LLC

/s/ *Michael C. McMullen*
Michael C. McMullen (pro hac vice)
mmcmullen@bscr-law.com
2400 Pershing Road, Suite 500
Kansas City, MO  64108
(816) 471-2121
Fax:  (816) 471-0288

*Attorneys for Third-Party Defendants*
*Tracker Marine, LLC, Tracker Marine*
*Group, White River Marine Group,*
*Tracker Marine Retail, LLC, and*
*Kenner Manufacturing Co., Inc.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 28th day of July 2020, a copy of the foregoing pleading was sent to all counsel of record, via electronic mail and/or through the Court's electronic filing system.

/s/ *Peter B. Sloss*

4815-1832-5701, v. 2